UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DOUGLAS K. LAWRENCE,

       Plaintiff,                      Case No.1:05-cv-755

v.                                      Hon. Richard Alan Enslen

CITY OF GRAND RAPIDS,

       Defendant.
_____/

ORDER OF DISMISSAL FOR WANT OF PROSECUTION

Papers from the Clerk of the Court were mailed to plaintiff at his last known address of record, have been returned by the U.S. Postal Service as undeliverable because he is no longer at that address and no forwarding order is on file.

Plaintiff has failed to advise the Court of his current address, and the Court is unable to give his notice of further proceedings.  Therefore;

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice for want of prosecution.  W.D. Mich. LCivR 41.1.


Dated in Kalamazoo, MI:                      /s/Richard Alan Enslen
November 28, 2005                         Richard Alan Enslen
                                                     Senior United States District Judge